UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JUDY LITTLE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:05CV01954 AGF |
| ) | |
| CITY OF ST. LOUIS FORESTRY ) | |
| DIVISION, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on the Memorandum to the Court filed by Plaintiff (Doc. #16), in which Plaintiff requests a hearing to resolve the litigation as soon as possible.

**IT IS HEREBY ORDERED** that Plaintiff's motion is **DENIED**. (Doc #16). The Court has already issued a Case Management Order, which sets the schedule for the resolution of the case. Pursuant to the Case Management Order, the trial is scheduled for May 7, 2007.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 17th day of October, 2006.